UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASPER SLEEP, INC.<br><br>                Plaintiff,<br><br>   v.<br><br>DEREK HALES and<br>HALESPOLIS LLC,<br><br>                Defendants. | Case No. 1:16-cv-03223-CM<br><br>ECF Case<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all of the prior pleadings and proceedings herein, defendants Derek Hales and Halespolis LLC (collectively, the "Defendants"), by and through their attorneys, Kelley Drye & Warren LLP, will move this Court, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on a day specified by this Court, pursuant to Federal Rules of Civil Procedure 59(e) and Local Rule 6.3, for reconsideration of the Court's Opinion and Order of October 20, 2016 (Dkt. 28).

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/16

Dated: October 26, 2016
New York, New York

By: /s/ Jeffrey S. Jacobson
**KELLEY DRYE & WARREN LLP**
Jeffrey S. Jacobson
101 Park Avenue
New York, NY 10178
(212) 808-7800 phone
(212) 808-7987 fax

*Counsel for Derek Hales and Halespolis LLP*

[Handwritten endorsement: 10/27/2016 — The motion for reconsideration is DENIED. I have no doubt that Defendants can make a very interesting and potentially meritorious summary judgment motion at an appropriate time. Pleasement, but fine. Please make motion pursuant to Rules 12(b)(6) or 12(b)(1)(?)... ]